**FILED**

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983    FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CASE NUMBER    1:06CV00246

JUDGE: Henry H. Kennedy

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/10/2006

*JURY ACTION*

TRACY PINKNEY #12085007

(Enter above the full name and prisoner
identification number of the plaintiff.)

USP-Hazelton
PO B 2000    Brueton Mills, WV 26525

-vs-

US. DEPARTMENT OF JUSTICE    ; CRIMINAL DIVISION
                                FREEDOM OF INFORMATION /
EXECUTIVE OFFICE FOR THE        PRIVACY ACT
UNITED STATES ATTORNEYS

FREEDOM OF INFORMATION /
PRIVACY ACT UNIT

(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with (1) the same
facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes (   )        No ( ✓ )

B.    If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell
us whether the "old" case involves the same facts or other issues.  (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    TRACY PINKNEY

Defendant(s):    UNITED STATES JUSTICE DEPARTMENT
                 FOIA

2.    Court (if federal court, name the district; if state court, name the county):
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JAN 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.    Docket Number:    00CV0637

**I.**    **Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: ___JUDGE HOGAN___

    5.    Did the previous case involve the same facts?

                **Yes (✓)    No ( )**

    6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
            It was dismissed after the Judge issued a
            MEMORDUM

    7.    Approximate date of filing lawsuit: ___1999___

    8.    Approximate date of disposition: ___2002 or 2003___
                                     SEE ATTACHMENT

**II.**    **Exhaustion of Administrative Remedies**

  A.    Place of Present Confinement: ___USP HAZELTON PO BOX 2000___
                                         ___BRUCETON MILLS WV 26525___

  B.    Is there a prisoner grievance procedure in this institution?
                Yes (✓)    No ( )

  C.    Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?
                Yes ( )    No (✓)

  D.    If your answer is YES:
      1.    What steps did you take and what were the results?

                ___DOESN'T APPLY___

      2.    If your answer is NO, explain why not: ___DOESN'T APPLY___

**III.**    **Parties**

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any.)

  A.    Name of Plaintiff(s): ___TRACY PINKNEY : 12085007___
                         ___USP HAZELTON___
                         ___PO BOX 2000___
                         ___BRUCETON MILLS WV 26525___

**III.    Parties (Cont'd)**

Address(es): _____

_____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

**B.**    Defendant(s):    UNITED STATES JUSTICE DEPARTMENT

950 PENNSYLVANIA AVE NW

WASHINGTON DC 20530

Employed as _____

SEE ATTACHMENT

at _____

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about October 2003 Plaintiff made a request
to the defendants under the Freedom of Information
Act requesting information from plaintiffs criminal
conviction. On November 25, 2003 The plaintiff received
a letter from the defendants indicating that "THEY" make
every effort to process most requests within a month (20
working days) but if plaintiff made a project request
plaintiff may be expected to wait (9) nine months from the
date of their letter. As of this date the defendants have
violated the agreement. Plaintiff has written several letters
requesting for information but has not received any
material. On February 2, 2005 Plaintiff received a letter
from the Co-Director Richard L Huff stating that the EOUSA
still has not responded to your request.

_____

_____

_____

**IV.**   **Statement of Claim (Cont'd)**

**V.**   **Relief**
State briefly exactly what you want the Court to do for you.  **Make no legal arguments.
Cite no cases or statutes.**

Plaintiff is requesting that the defendants be
ordered to turn over all materials and made to
pay attorney fees and any other relief this court
deem.

Plaintiff request a jury trial.

## V.    Relief (Cont'd)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this   28   day of   October   , 19 2005 .

Signature of Plaintiff

STATE OF _____
COUNTY (CITY) OF _____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON    10-28-05
                    (Date)

Signature of Plaintiff

I ATTACHMENT

PLAINTIFF  TRACY PINKNEY

DEFENDANTS  DEPARTMENT OF CORRECTION
            STATE OF VIRGINIA

DOCKET NO. 3:01CV744  (HABEAS CORPUS)

JUDGES NAME  MAGISTRATE

DISPOSITION  DON'T REMEMBER, I THINK I EITHER
ASKED TO DISMISS OR THE MAGISTRATE DISMISSED

06 0246

FILED

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ATTACHMENT III

DEFENDANTS    EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEYS (FOIA)
600 E STREET N.W. ROOM 7300
WASHINGTON DC 20530

DEFENDANTS    CRIMINAL DIVISION
600 E STREET N.W.
WASHINGTON, DC 20530 (FOIA)