IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, <br> 12085007 <br> USP - Hazelton <br> P.O. Box 2000 <br> Bruceton Mills, WV 26525 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> U.S. DEPARTMENT OF JUSTICE <br>     CRIMINAL DIVISION, <br><br> and <br><br> EXECUTIVE OFFICE FOR THE <br> UNITED STATES ATTORNEYS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-0567 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance has been mailed on this 12th day of April 2006, postage prepaid, to:

TRACY PINKNEY
12085007
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

       /s/ Darrell C. Valdez
      DARRELL VALDEZ
      Assistant United States Attorney