UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 2 2000

TRACY ANKNEY
264701
Sussex II
24427 Musselwhite Dr
Waverly, VA 23891-2222
PLAINTIFF

V.

RICHARD L. HUFF ETAL
U.S. DEPARTMENT OF JUSTICE
FREEDOM OF INFORMATION/
PRIVACY ACT UNIT
600 E STREET, N.W. ROOM 7100
WASHINGTON, DC 20530

UNITED STATES ATTORNEYS ETAL
FOR THE DISTRICT OF COLUMBIA
555 5TH STREET N.W.
WASHINGTON, DC 20001
DEFENDANTS

CIVIL ACTION NO.

CASE NUMBER 1:00CV00637
JUDGE: Royce C. Lamberth
DECK TYPE: FOIA
DATE STAMP: 03/22/2000

## COMPLAINT

1. THIS IS A COMPLAINT FILED BY PLAINTIFF, TRACY ANKNEY, SEEKING INJUNCTIVE RELIEF AGAINST THE DEFENDANTS, FOR REFUSAL TO RELEASE DOCUMENTS UNDER THE FREEDOM OF INFORMATION ACT.

## JURISDICTION

2. JURISDICTION IS INVOKED UNDER 28 USCA § 552 (A) ET SEQ; ALSO TITLE 18 § USC 241-242.



## PARTIES

3. PLAINTIFF, TRACY PINKNEY, IS A CONVICTED PRISONER UNDER THE NOMINAL CUSTODY OF THE ATTORNEY, CURRENTLY HOUSED AT THE SUSSEX II STATE PRISON, 24427 MUSSELWHITE DRIVE, WAVERLY, VA. 23891-2222 UNDER CONTRACT WITH THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.

A. RICHARD L. HUFF, CO-DIRECTOR OF THE FREEDOM OF INFORMATION ACT AND/PRIVACY ACT UNIT (ETAL)(SEG)

B. THOMAS J. McINTYRE, CHIEF ASSISTANT OF THE FREEDOM OF INFORMATION/PRIVACY ACT UNIT, CRIMINAL DIVISION

C. JANE BOUDURANT, ACTING ASSISTANT DIRECTOR, FOIA/PA SECTION EXECUTIVE OFFICE FOR U.S. ATTORNEYS

D. UNITED STATES ATTORNEYS OFFICE, DIRECTOR (ETAL)(SEG)

## CAUSE OF ACTION

ON OR ABOUT MARCH 10, 1999, PLAINTIFF TRACY PINKNEY TENDERED TO OBTAIN HIS REQUEST FOR DUPLICATION OF DOCUMENTS CONSISTING OF MATERIALS FROM HIS CONVICTION IN HIS CRIMINAL TRIAL IN ACCORDANCE TO THE PROVISIONS OF THE ABOVE STATED STATUTES PURSUANT TO THE U.S. CONSTITUTION, DUE PROCESS DISCOVERY RULES AND BURDEN OF PROOF TO PRESENT FACTS IN SUPPORT OF COLLATERAL MATTERS. A FREEDOM OF INFORMATION ACT WAS FILED ON THE ABOVE DATE TO THE U.S DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS FREEDOM OF INFORMATION/ PRIVACY ACT UNIT 600 E STREET, NW ROOM 7100 WASHINGTON, D.C. 20530 AND AS OF THE ABOVE DATE I'VE BEEN CONTINUOSLY BEEN DENIED MY REQUEST SINCE MARCH OF 1999. ON DECEMBER 9, 1999 I RECEIVED A LAST NOTICE FROM RICHARD L. HUFF OF THE FREEDOM OF INFORMATION UNIT. STATING THAT IF I HAVEN'T RECEIVED THE REQUESTED INFORMATION AT THE TIME I RECEIVE HIS LETTER, I COULD TREAT HIS LETTER AS A DENIAL AND I'VE APPEALED ALL THE DENIALS. THE ABOVE NAMED DEFENDANTS HAVE INTENTIONALLY DENIED

THE PLAINTIFF OF HIS RIGHT TO OBTAIN INFORMATION WITH RESPECT TO THE PLAINTIFF'S CRIMINAL CONVICTION SECURED UNDER THE FREEDOM OF INFORMATION ACT THAT WOULD ALLOW THE PLAINTIFF THE ABILITY TO EFFECTIVELY AND INTELLIGENTLY COMPOSE COLLATERAL ATTACK IN AN EFFORT TO OBTAIN HIS LIBERTY, THUS RESULTING IN A DENIAL OF THE PLAINTIFF'S RIGHTS SECURED UNDER THE UNITED STATES CONSTITUTION FIRST, FIFTH, AND FOURTEENTH AMENDMENT RIGHTS.

## RELIEF

WHEREFORE, PLAINTIFF PRAYS THAT THE COURT GRANT HIM THE FOLLOWING RELIEF IN HIS FAVOR, ALSO SEEKING A JURY TRIAL.

1. INJUNCTIVE RELIEF BARRING DEFENDANTS AND HIS/HER SUCCESSORS TO PAY ATTORNEY AND ALL FEES ASSOCIATED WITH THIS LITIGATION.

2. INJUNCTIVE RELIEF BARRING DEFENDANTS AND HIS/HER SUCCESSORS FROM WITHHOLDING THE REQUESTED DOCUMENTS UNDER THE FREEDOM OF INFORMATION ACT.

3. AN ORDER DIRECTING THE DEFENDANTS TO PROVED THE REQUESTED INFORMATION, PURSUANT TO THE FREEDOM OF INFORMATION ACT.

RESPECTFULLY SUBMITTED

Tracy Pinkey

City/county of August
Commonwealth/state of Virginia
I hereby certify that the attached document is a true and exact copy of a _____, presented before me this 27 day of Jan, 19 2000
_____, Notary Public
My commission expires Dec 31, 20 00