# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 01-5360**                                    **September Term, 2001**
                                                             00cv00637

                                                    **Filed On:**

Tracy Pinkney,
      Appellant

    v.

Richard L. Huff and U.S. Attorney's Office,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
1 2002
CLERK

### ORDER

Upon consideration of the request to dismiss the appeal, and it appearing that this appeal was dismissed by order filed December 20, 2001, it is

**ORDERED** that the request be dismissed as moot.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

               BY: *[signature]*
                              Nancy G. Dunn
                              Deputy Clerk

2002 APR -2 AM 10: 28

GOVERNMENT EXHIBIT