UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRACY PINKNEY, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-0246 (HHK) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Federal Defendants' Motion to Dismiss and Memorandum of Points and Authorities in Support thereof, the Opposition thereto; and the Court having found that Plaintiff's claims are barred by res judicata; it is this _____ day of _____, 2006 hereby

ORDERED, that Federal Defendants' Motion to Dismiss is hereby GRANTED, and it is further

ORDERED, that Plaintiff's complaint is dismissed with prejudice.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT COURT