UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY<br><br>  Plaintiff<br><br>V.<br><br>US DEPT. JUSTICE et al,<br>  defendants, | RECEIVED<br>MAY 2 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action 05-6567<br>06-246<br>HHK |

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN RESPONSE TO DEFENDANT MOTION TO DISMISS

Petitioner TRACY PINKNEY by and through himself pro-se respectfully request this court for an extension of time in which to file an response to the defendants motion to dismiss, for this request petitioner asserts the following:

1. Petitioner and the hole institution has been on lockdown for nearly the hole month. Warden Al Haynes was going to release us off lockdown but another incident occurred on 5-15-06 so at that time we were placed back on lockdown.

2. Petitioner is requesting a 30 day extension or dismiss under Rule 41 without prejudice because its been (2) serious incidents and no one knows when were getting off lockdown.

-2-

Wherefore the petitioner pro-se respectfully request that his instant review be granted.

Respectfully Submitted

Tracy Pinkney

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing motion has been sent by mail to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

On this 18th day of May 2006

*Tracy Pinkney*
TRACY PINKNEY
12085007
USP HAZELTON
PO BOX 2000
BRUCETON MILLS WV 26525