**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

Request Number: 03-3581

NOV 2 5

Subject: SELF/DDC

Requester: TRACY PINKNEY

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03

EXHIBIT (1)

REQUEST NO.
03-3581

July 21, 2004

TO: MARIE A. O'ROURKE
Executive Office for United
States Attorneys
(FOIA)
600 E Street, NW, Room 7300
Washington, DC 20530

FROM: TRACY PINKNEY
12085-007
USP ATLANTA
P.O. BOX 150160
ATLANTA GA 30315

Subject: REQUEST FOR INFORMATION

DEAR O'ROURKE,

My request for information from my criminal conviction is due next month on the 25th of August. According to your letter dated November 25, 2003 if my request is a request for all information about myself it usually takes (9) nine months to process. So you have (1) month to cite any exemptions you think justifies your withholding of any materials or turn over what information thats not under any exemption also notify me of any appeal procedures.

Tracy Pinkney

EXHIBIT B

September 24, 04
Request no. 03-3581

Issac A. O'rourke

I'm writing you regarding my request which three (3) or more months has elapsed. Who on July 21, 2004 in custody was instructed to fill out a request to be reponded to my request account because of my transfer.

District of Columbia
Detention Facility
1901 D Street SE
Washington DC
20003

Any Address, statues called to the state [illegible] address. I'm also requesting please do not discontinue you think justifies your claim) in case you've had made the mistake this request has not seen your six months use I wanted to have some. So complying with this request. IF I don't hear from you in [illegible] 10 days I'll be seeking [illegible]

Thanks,
Tracy H.

EXHIBIT (3)

1-2-05
REQUEST NO.
03-3591

TO: MARIE A. O'ROURKE
Assistant Director
US Department of Justice
Flag Building, Suite 570
Washington, DC 20530

FROM: TRACY PINKNEY
Fed.#12085007
USP Atlanta
PO BOX 150160
Atlanta, GA 30315

Subject: APPEAL

Dear Ms O'Rourke

I made an request under the Freedom of Information Act 5 USC 552, request all information regarding my criminal conviction. A letter was forwarded to me regarding my request and you stated that if my request is a project request I could agree to a nine (9) month waiting period. Which was done. Now this ended November 25, 2003. Another letter was mailed on July 21, 2004 informing your office that the (9) nine months has come to an end. So please treat this letter as completing your APPEAL procedure

(ee)

Tracy Pinkney



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642         Washington, D.C. 20530

FEB 0 2 2005

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

    Re:  Request No. 03-3581

Dear Mr. Pinkney

    This responds to your letter dated January 2, 2005, in which you sought to appeal from the failure of the Executive Office for United States Attorneys to respond to your request for access to records.

    I have notified the EOUSA of your communication. It is my understanding that the EOUSA is still processing your request. Although the Act authorizes you to treat the failure of the EOUSA to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the EOUSA. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the EOUSA completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the EOUSA's substantive action on your request.

    In the event that the EOUSA still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                                                    Sincerely,

                                                  Richard L. Huff
                                                  Co-Director

RLH:PAJ:CIH

EXHIBIT (5)

MAY 31, 2005
REQUEST #033581

Dear Mr Richard Huff

I'm writing you concerning my request for information requested under the Freedom of Information Act.

On November 25, 2003 I received an response from Marie A. O'Rourke stating if I made a request (PROJECT REQUEST) I would have to wait NINE MONTHS, then I forwarded a letter on January 1, 2005 and September 24, 2004 also July 21, 2004 asking about my request but never received the information request after I AGREED to the NINE MONTHS. Now that I've been transferred to another facility would you please inform me of the status of my request at: TRACY PINKNEY 12085007 USP HAZELTON P.O. BOX 2000, BRUCETON MILLS, W.V. 26525

If by chance your not going to turn over the materials please inform me.

Tracy Pinkney

EXHIBIT 6



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

OCT 2 7 2005

Requester: Tracy Pinkney          Request Number: 03-3581

Subject of Request: Self

Dear Requester:

    This is in response to your recent letter/telephone call regarding the status of your pending Freedom of Information Act/Privacy Act request.

    Due to the large number of requests received by the Executive Office for United States Attorneys and the limited resources available to process such requests, this office has been unable to process your request as of this date.

    In order to process all requests as equitably as possible, this office has adopted a "first-in-first-out" policy of processing all incoming requests. This policy complies with the decision in Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) and is applied consistently by this office. Your request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

    You may appeal my decision in this matter by writing within sixty (60) days to:

        Office of Information and Privacy
        United States Department of Justice
        Flag Building, Suite 570
        Washington, D.C. 20530

    Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

                                    Sincerely,

                                      Marie O'Rourke
                                      Assistant Director

Form No. 013 - 6/02

EXHIBIT (7)

November 1, 2005
Request No. 03-3581

**APPEAL**

I received a letter dated October 27, 2005 stating that your office is unable to process my request. How when I made a request approximately September 2005 your office didn't process my request on a first in first out policy. This is not true because I've filed a request for another person and he received his request so I know the games your office play. CHECK United States District Court for the District of Columbia, TRACY PINKNEY v. Richard L. Huff Civil Action 00-0637

TREAT THIS AS MY LAST REQUEST.

Tracy Pinkney

EXHIBIT (8)

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*     *Washington, D.C. 20530*

JAN 27 2006

Mr. Tracy Pinkney
Register No. 12085-007
United States Penitentiary        Re:   Appeal No. 05-0843
P.O. Box 2000                           Request No. 03-3581
Bruceton Mills, WV 26525               JTR:CIH

Dear Mr. Pinkney:

    This responds to your letter dated November 1, 2005, regarding the status of your administrative appeal from the failure of the Executive Office for United States Attorneys to respond to your request for access to records.

    By letter dated February 2, 2005, this Office informed you that your request was still being processed by the EOUSA. A member of my staff has confirmed that this is still the case. You may appeal again to this Office once the EOUSA completes its action on your request.

    I hope this information is of assistance to you, and again, request your continued patience.

                            Sincerely,

                            Melanie Ann Pustay
                            Deputy Director

EXHIBIT (9)