UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0246 (HHK) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE RENEWED MOTION TO DISMISS**

The Defendant, United States Department of Justice, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a five (5) day enlargement of time up to and including January 26, 2007 to file a renewed Motion to Dismiss in compliance with this Court's Order. In support of this motion, defendant states the following:

Undersigned counsel had to deal with a family medical issue and will need additional time to consult with agency counsel in order to prepare the motion. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Further, this extension is sought in good faith and it does not appear that Plaintiff would

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **nonprisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

be unfairly prejudiced by this enlargement.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests a five (5) day enlargement of time up to and including January 26, 2007 to file a renewed Motion to Dismiss.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

  I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Renewed Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Donald Hariston, Jr.
01783-000 cadre 1
Federal Medical Center
PO Box 1600
Butner, NC 27509

on this 22nd day of January, 2007.

                _____
                DARRELL C. VALDEZ
                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, </br></br>      Plaintiff, </br></br>v. </br></br>U.S. DEPARTMENT OF JUSTICE, </br></br>Defendant. | ) </br> ) </br> ) </br> )    Civil Action No. 06-0246 (HHK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of January, 2007, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which Defendant shall renew its response to the complaint in this matter is enlarged to January 26, 2007.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE