**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRACY PINKNEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 06-0246  (HHK)** |
| **v.** ) | |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DECLARATION OF TINA WILLIAMS

I, Tina Williams, declare as follows:

1.      I am a Supervisory Paralegal Specialist in the Civil Division of the United States Attorney's Office for the District of Columbia ("USAO/DC").  My responsibilities include serving as a liaison (FOIA Coordinator) to the Freedom of Information Act and Privacy Act Staff ("FOIA/PA Staff") for the Executive Office for United States Attorneys ("EOUSA") in Washington, D.C.  My duties require me to receive and be assigned requests filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, and the Privacy Act of 1974 ("PA"), 5 U.S.C. §552a, when requested records are identified as likely to be located in the District of Columbia.

2.      The statements I make in this declaration are made on the basis of my review of the official files and records of the USAO/DC and my personal knowledge, including knowledge acquired by me through the performance of my official duties.

3.      Due to the nature of my official duties, I am familiar with the procedures followed

by this office in responding to FOIA/PA requests, including the FOIA/PA request made by Tracy Pinkney to the Department of Justice and EOUSA.

4.    Tracy Pinkney initially submitted a FOIA/PA request on March 15, 1999, for copies of his criminal case file. A search of Department of Justice records located three boxes of responsive documents in the USAO/DC. On January 8, 2001, USA/DC, through the EOUSA, released forty-eight (48) pages of records in their entirety and thirty (30) pages with redactions pursuant to Exemptions (b)(6) and (b)(7) of the FOIA and (j)(2) of the Privacy Act. One other document responsive to his request had been withheld in its entirety pursuant to Exemptions (b)(7)(A), (b)(3), (b)(5), (b)(6), (b)(7)(C) (b)(7)(D) and (b)(7)(F) of the FOIA as well as (j)(2) of the PA. On November 7, 2001, USA/DC, through the EOUSA, released more records to Mr. Pinkney in the "other agency information " and "sealed materials" categories redacting information pursuant to exemptions (b)(7)(A), (b)(5), (b)(7)(C) and (b)(7)(F). EOUSA withheld other documents pursuant to the Court's sealing order in the "sealed materials" category, and pursuant to exemptions (b)(5), (b)(7)(C) and (b)(7)(F), and withheld a videotape and two audiotapes pursuant to exemption (b)(7)(A). Id.

5.    On October 3, 2003, Mr. Pinkney sent a FOIA/PA request for any and all information contained within "the prosecutor's file in [D.C. Superior Court Case No. F2830-96] in which I was prosecuted."

6.    After the District Court denied the Department of Justice's Motion to Dismiss, Mr. Pinkney's request was sent by EOUSA FOIA/PA Staff to the USAO/DC, where a search was conducted for records responsive to the request. The search conducted was a systematic search which began with a determination of the location of any and all files relating to Tracy Pinkney. The specific computer case tracking systems utilized in searching for records pertaining to Mr.

Pinkney are the Legal Information Office Network System (LIONS), and the Replicated Criminal Information Systems (RCIS).[1]

7.     The LIONS database is used to track civil, criminal, and appellate investigations, cases, and matters. The LIONS system allows for retrieval of information regarding open and closed investigations, cases, and matters within the USAO/DC based on parties' names, USAO case jacket numbers, and Court case docket numbers. The LIONS system was utilized to locate any records identifiable by the name Tracy Pinkney, the Superior Court Case Number F2830-96.

8.     The RCIS database is used to track District of Columbia Superior Court criminal investigations, cases and matters, and District of Columbia Court of Appeals matters. Like the LIONS system, the RCIS system allows for retrieval of information regarding open and closed investigations, cases, and matters within the USAO/DC based on parties' names, USAO case jacket numbers, and Superior Court case docket numbers. The RCIS system was utilized to locate any records identifiable by the name Tracy Pinkney or the Superior Court Case Number F2830-96.

9.     Both the LIONS system query and the RCIS system query identified one criminal case file regarding Mr. Pinkney and Superior Court Case Number F2830-96 in the USAO/DC. The file, according to the LIONS and RCIS systems, had been closed and sent to Closed Files, an off-site archiving facility. Therefore, a request was made to the Closed Files for the file.

10.     The case file, consisting of three boxes, was retrieved from Closed Files and provided to the Civil Division of this office. A search of each box was conducted of all records contained in the case file for any records responsive to Mr. Pinkney's request, and the records

---

[1] LIONS replaced PROMIS, the previous electronic tracking system; the information contained in the PROMIS database was incorporated into the LIONS database.

identified as responsive were compared to the documents provided in his initial FOIA/PA request.

11.    After a careful review of the case file in F2830-96, I determined that Mr. Pinkney previously received all responsive documents and information that were not exempt from disclosure pursuant to the FOIA and PA, and that no new documents were placed in the case file subsequent to the USAO/DC and EOUSA responses on January 8, 2001, and November 7, 2001.

12.    The handling of Mr. Pinkney's request was consistent with standard procedures of the USAO/DC with regard to FOIA/PA requests.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2007.


_Tina Will_
TINA WILLIAMS
Supervisory Paralegal Specialist
USAO/DC