UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRACY PINKNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-0246 (HHK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Renewed Motion to Dismiss and Memorandum of Points and Authorities in Support thereof, the Opposition thereto; it is this

_____ day of _____, 2007 hereby

ORDERED, that Federal Defendant's Renewed Motion to Dismiss is hereby GRANTED, and it is further

ORDERED, that Plaintiff's complaint is dismissed with prejudice.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT COURT