UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0246 (HHK) |

DECLARATION OF DARRELL VALDEZ

I, Darrell Valdez, declare as follows:

1. I am an Assistant United States Attorney assigned to the Civil Division of the United States Attorney's Office for the District of Columbia ("USAO/DC"). My responsibilities include representing the United States and its federal agencies in civil actions before the United States District Court for the District of Columbia and the Court of Appeals for the D.C. Circuit. I have also served as an Assistant United States Attorney in the Criminal Division of the USAO/DC including previous assignments in the Homicide/Major Crimes Section, Major Narcotics Section, Grand Jury Section, Senior Felony Section, and Misdemeanor Section.

2. The statements I make in this declaration are made on the basis of my review of the official files and records of the USAO/DC and my personal knowledge, including knowledge acquired by me through the performance of my official duties.

3. Due to the nature of my official duties in the Civil Division, my prior experience in the Criminal Division, and my review of the materials in this matter, I am familiar with the

procedures followed by the USAO/DC in searching for files and responding to FOIA/PA requests, including the FOIA/PA requests made by Tracy Pinkney to the Department of Justice and EOUSA in 1999 and 2003.

4.      Tracy Pinkney initially submitted a FOIA/PA request on March 15, 1999, for copies of his criminal case file. A search of Department of Justice records located three boxes of responsive documents in the USAO/DC. Those three boxes were processed and all responsive and non-exempt materials were provided to Tracy Pinkney on January 8, 2001, and November 7, 2001.

5.      On October 3, 2003, Mr. Pinkney sent a FOIA/PA request for any and all information contained within "the prosecutor's file in [D.C. Superior Court Case No. F2830-96] in which I was prosecuted."

6.      After the District Court denied the Defendant's initial Motion to Dismiss, a search was conducted in the USAO/DC's Legal Information Office Network System (LIONS), and the Replicated Criminal Information Systems (RCIS)[1] for records responsive to the request.

7.      The LIONS database is used to track civil, criminal, and appellate investigations, cases, and matters. The LIONS system allows for retrieval of information regarding open and closed investigations, cases, and matters within the USAO/DC based on parties' names, USAO case jacket numbers, and Court case docket numbers. The LIONS system was utilized to locate any records identifiable by the name Tracy Pinkney, the Superior Court Case Number F2830-96.

8.      The RCIS database is used to track District of Columbia Superior Court criminal investigations, cases and matters, and District of Columbia Court of Appeals matters. Like the

---

[1] LIONS replaced PROMIS, the previous electronic tracking system; the information contained in the PROMIS database was incorporated into the LIONS database.

LIONS system, the RCIS system allows for retrieval of information regarding open and closed investigations, cases, and matters within the USAO/DC based on parties' names, USAO case jacket numbers, and Superior Court case docket numbers. The RCIS system was utilized to locate any records identifiable by the name Tracy Pinkney or the Superior Court Case Number F2830-96.

9. Both the LIONS system query and the RCIS system query identified one criminal case file regarding Mr. Pinkney and Superior Court Case Number F2830-96 in the USAO/DC. The file, according to the LIONS and RCIS systems, had been closed and sent to Closed Files, an off-site archiving facility. Therefore, a request was made to the Closed Files for the file.

10. The criminal case file retrieved from Closed Files and forwarded to Tina Williams, a Supervisory Paralegal Specialist in the Civil Division of the USAO/DC. Ms. Williams was instructed to search each all records contained in the case file for any records responsive to Mr. Pinkney's request, and to compare the records identified as responsive to the 2003 FOIA request with the documents provided in his initial 1999 FOIA/PA request.

11. After a review of the case file in F2830-96, Ms. Williams determined that Mr. Pinkney previously received all responsive documents and information that were not exempt from disclosure pursuant to the FOIA and PA, and that no new documents were placed in the case file subsequent to the USAO/DC and EOUSA responses on January 8, 2001, and November 7, 2001.

12. In response to the allegations in Mr. Pinkney's Motion for Summary Judgment, Defendant, I went to the office of Tina Williams and conducted a further search of the case file for documents placed in the case file after January 8, 2001 and November 7, 2001. Inside one of the boxes, I located one separate expandable file containing documents from the remand of Mr.

Pinkney's criminal matter to the District of Columbia Superior Court. That expandable file was removed from the case file, and I then conducted a document by document review of the remaining portions of the criminal case file. No other documents that were placed in the remaining portions of the criminal case file after January 8, 2001 and November 7, 2001.

13. Because Ms. Williams had left the USAO/DC for other employment, I was unable to find out why she failed to locate the expandable file containing the documents from the remand of Mr. Pinkney's criminal matter.

14. The expandable file containing the documents from the remand of Mr. Pinkney's criminal matter was immediately forwarded to the Freedom of Information/Privacy Act Office of the Executive Office for United States Attorneys for processing in compliance with Plaintiff's FOIA request.

15. After review of the expandable file containing the documents from the remand of Mr. Pinkney's criminal matter, the Freedom of Information/Privacy Act Office of the Executive Office for United States Attorneys released 50 pages of documents in full; 2 pages with redactions; and withheld 351 pages in full pursuant to FOIA exemptions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2007.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Darrell Valdez
　　　　　　　　　　　　　　　　　　　　　　DARRELL VALDEZ
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　USAO/DC