UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0246 (HHK) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Summary Judgment. Having considered the Motion, the Defendant's Opposition thereto, and the Court having considered the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion for Summary Judgment is denied.

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE