UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY PINKNEY
  Plaintiff,

v.

U.S DEPT OF JUSTICE,
  Defendants

RECEIVED
MAY 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION 06-0246
HHK

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS RENEWED MOTION TO DISMISS.

Petitioner by and through himself pro-se respectfully request this court for an extension of time in which to file a response to the defendants renewed motion to dismiss. As grounds for this request petitioner asserts the following:

1. Plaintiff is currently in the process of filing motion[s] collateral attacking plaintiff's criminal conviction in the District of Columbia Court of Appeals.

2. Due to the research and limitations and the ability to research relevant issues and respond to and submit motions to the court in a

timely fashion.

Wherefore the petitioner pro-se respectfully request that it's motion be granted.

Respectfully Submitted

Tracy Pinkney

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been sent by first class mail to:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
500 INDIANA AVE NW
WASHINGTON, D.C 20001

On this __16__ day of May 2007.

TRACY PINKNEY

*Tracy Pinkney*