UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY PINKNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0246 (HHK) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Plaintiff's Renewed Motion for Summary Judgment, the Opposition thereto, and the record herein; it is this _____ day of _____, 2007 hereby

ORDERED, that Plaintiff's Motion for Summary Judgment is hereby DENIED.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT COURT