UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY PINKNEY,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE *et al.*,**<br><br>Defendants. | Civil Action 06-0246  (HHK) |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion of December 11, 2006, it is this 18th day of July 2007,

**ORDERED** that Defendant's Renewed Motion to Dismiss [Dkt. No. 18] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motions for summary judgment [Dkt. Nos. 20, 27] are **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered for defendant Department of Justice (and the named DOJ components).  This is a final appealable Order.

_____s/_____
Henry H. Kennedy, Jr.
United States District Judge